FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 2 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.D. MASSENGALE, et al., :
    Plaintiffs, :
     :
    v. : 1:05-CV-0189-CAM
     :
VICTOR HILL, et al., :
    Defendants. :

**TEMPORARY RESTRAINING ORDER**

This matter having come before the Court on Plaintiffs' Motion For Temporary Restraining Order, and for good cause shown, it is hereby Ordered and Adjudged as follows:

(1) Defendant Hill is enjoined from taking any personnel action, by way of hiring, promoting, firing, or demoting any employee of the Clayton County Sheriff's Office until further Order of the Court, or upon the Order of the Clayton County Superior Court;

(2) Defendant Hill is further enjoined from taking any personnel action, by way of termination, suspension, demotion, or assignment, against any of the Plaintiffs, which action is in any respect motivated by Plaintiffs' filing charges of Discrimination with the U.S. Equal Employment Opportunity, or the filing and prosecution of this action.

This Order is entered for purposes of maintaining the status quo between the parties pending further resolution of Plaintiffs' claims.

Plaintiffs' Motion for Preliminary Injunction will be heard beginning at 11:00 A.M. on February 23, 2005. The parties may

proceed by oral testimony, affidavits, or other admissible evidence.

SO ORDERED, this _____ day of February, 2005.

```
_____
UNITED STATES DISTRICT JUDGE
CHARLES A. MOYE, JR.
```

CAM:J