LAW OFFICES
## MILLER, BILLIPS & ATES, P.C.

730 PEACHTREE STREET
SUITE 750
ATLANTA, GEORGIA 30308

(404) 969-4101 • (404) 969-4141 FAX
FIRM@MBALAWFIRM.COM

HARLAN S. MILLER
MATTHEW C. BILLIPS
DAVID C. ATES
ALYSA B. FREEMAN
MARNI K. BROWN

OF COUNSEL:
JOHNSON & BENJAMIN, LLP
TELEPHONE: (404) 969-4110

February 11, 2005

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

**VIA FACSIMILE 678-479-5358**
**and UNITED STATES MAIL**
Victor Hill, Sheriff
Clayton County, Georgia
9157 Tara Blvd
Jonesboro, Georgia 30236

1:05-cv-189-CAM   FEB 1 1 2005
LU?  ...  THOMAS, Clerk
by:  _____ Deputy Clerk

Re:   Continuing Violations of Three TRO's And Contempt Order;
      Ever-Continuing, Un-Abated Retaliation and
      <u>Hostile Work Environment.</u>

Dear Sheriff Hill:

Your retaliatory harassment and attempted intimidation and oppression of the people you illegally fired on January 3, 2005 needs to stop NOW.

To date, the following events have occurred since you were found in Contempt of Court *the first time:*

- the taking away nearly all of Lt. Tina Daniels' duties and then viciously attacking her without cause or justification, with your bodyguard ("Lt. Lindsay") standing behind her with a weapon), and your "legal advisor" and Chief Deputy there for good measure; (ie, once again being in Contempt of Judge Miller's TROs and Contempt Order, and Judge Moye's TRO);

- the taking away all of Garland Watkins' duties and relegating him to doing nothing; (ie, Contempt of Judge Miller's TROs and Contempt Order, and Judge Moye's TRO)

- the taking away of Captain Smith's duties away and ordering him to serve civil papers; (Contempt of Judge Miller' TROs and Contempt Order, and Judge Moye's TRO);

- the exclusion of the illegally-fired employees from your so-called "Victory Party" (Violation of Federal TRO)

MILLER, BILLIPS & ATES, P.C.

Sheriff Hill
January 11, 2005
p.2

- throwing Teresa Watkins (Wife of Lt. Garland Watkins) out of your office in a rude, threatening and intimidating manner;
  (Violation of Federal TRO);

- encouraging and tolerating your subordinates (ie, "Cpt.. Antoine", "Lt. Hanner" CO-Sgt. Kidd and others) to act in an insubordinate manner to their superiors
  (Violation of Federal TRO);

- ordering some of the illegally-fired employees to falsely certify that all of them have been properly returned to their duties (Violation of Federal TRO);

- ordering Major Massengale to write up Captain Hall for no good cause;
  (Violation of Judge Miller's TROs and Contempt Order and Federal TRO);

- attempting to set the illegally-fired deputies up for failure by making absolutely unreasonable demands on their time and unnecessarily summoning them to your office every five minutes to answer pointless questions;

- encouraging employees to make bogus and contrived "complaints" against the illegally-fired employees (ie, Pam Blasingim);

*If being held in Contempt once was not enough, then please be assured that there will be a second time. This time, however, it will be in the Federal Court, where only last week you were ordered you to cease and desist your relentless campaign of retaliation and revenge.*

Be Governed Accordingly.

Sincerely,

Harlan S. Miller
Harlan S. Miller

cc:   Honorable Charles A. Moye (by Fax and U.S. Mail)
      Honorable Ben Miller (by Fax and U.S. Mail)
      Eldrin Bell, Chairman, Clayton County Board of Commissioners (by Fax)
      Don Comer, Esq. (By Fax)
      Jack Hancock, Esq. (By Fax)
      Don Foster, Esq. (By Fax)