FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 1 8 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

H.D. MASSENGALE, et. al,         :
                                 :
        Plaintiffs,              :
                                 :
v.                               :       CIVIL ACTION FILE
                                 :       NO. 1:05-CV-0189-CAM
VICTOR HILL, et al.,             :
                                 :
        Defendants.              :

## ORDER

This matter having come before the Court on February 17, 2005, It is hereby Ordered and Adjudged as follows:

(1) the Temporary Restraining Order entered by this Court on February 2, 2005, is to continue in effect until further Order of this Court;

(2) Discovery shall commence in this action on March 15, 2005;

(3) the Preliminary Injunction hearing previously set for February 23, 2005 is postponed pending further Order of this Court;

(4) The parties are directed to immediately advise the Court of any Orders issued by the Clayton County Superior Court regarding the applicability

or non-applicability of the Clayton County Civil Service Act

SO ORDERED this  18  day of February, 2005.

                                                /s/ Charles A. Moye Jr.
                                                Charles A. Moye
                                                United States District Judge