IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.D. MASSENGALE, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 05-CV-0189-TWT |
| ) | |
| VICTOR HILL, Individually and in) | |
| his official capacity as Sheriff of ) | |
| Clayton County, Georgia, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO TAKE DEPOSITION
## UPON ORAL EXAMINATION OF PLAINTIFF BRIAN C. CRISP

**PLEASE TAKE NOTICE** that Defendants William T. Cassells, Reginald Lamont Lindsay, Mark J. Harris, Timothy Hanner, Shon Hill and Jon Antoine (hereinafter "individual Defendants") will take the deposition of Plaintiff Brian C. Crisp, pursuant to Rule 30 of the Federal Rules of Civil Procedure, under cross-examination for purpose of discovery and all other purposes authorized by law, before a certified court reporter or some other officer authorized by law to administer oaths, by means of stenographic and/or video and/or audio recordings, at 9:00 a.m. on July 6, 2005, at the offices of EPSTEIN, BECKER & GREEN, P.C., 945 East Paces Ferry Road, Resurgens Plaza, Suite 2700, Atlanta, Georgia, 30326-1380.

The deposition will last from day to day until completion. Absent written objection from the Plaintiff Crisp received at least five days in advance of the deposition, the individual Defendants will invoke Federal Rule of Evidence 615 for the purpose of sequestering non-party witnesses from these proceedings.

Respectfully submitted this 10th day of June, 2005.

FREEMAN MATHIS & GARY, LLP

*William H. Buechner*

Benton J. Mathis, Jr.
Georgia Bar No. 477019
William H. Buechner, Jr.
Georgia Bar No. 086392

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T – 770.818.0000
F – 770.937.9960
AC0964
953.41241

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.D. MASSENGALE, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 05-CV-0189-TWT |
| VICTOR HILL, Individually and in ) | |
| his official capacity as Sheriff of ) | |
| Clayton County, Georgia, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF PLAINTIFF BRIAN C. CRISP** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

| | |
|---|---|
| Harlan S. Miller, III, Esq.<br>Miller, Billips & Ates, P.C.<br>730 Peachtree Street, Suite 750<br>Atlanta, Georgia 30308 | Brenton Sewell Bean, Esq.<br>John C. Stivarius, Jr., Esq.<br>Epstein Becker & Green<br>945 East Paces Ferry Road<br>Resurgens Plaza, Suite 2700<br>Atlanta, Georgia 30326-1380 |
| Jack Reynolds Hancock, Esq.<br>Hancock & Palmer<br>519 Forest Parkway<br>Suite 100<br>Forest Park, Georgia 30297 | Brian R. Dempsey, Esq.<br>Brian R. Dempsey, P.C.<br>P.O. Box 575<br>Lovejoy, Georgia 30250 |

This 10th day of June, 2005.

_____
William H. Buechner, Jr.
Georgia Bar No. 086392

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T - 770.818.0000
F - 770.937.9960