IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H. D. MASSENGALE, et al.,

    Plaintiffs,

      v.

VICTOR HILL, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:05-CV-189-TWT

## OPINION AND ORDER

This is an employment discrimination and civil rights action.  It is before the

Court on the Report and Recommendation [Doc. 409] of the Magistrate Judge

recommending granting the Motion to Dismiss [Doc. 390] of Defendant Perdue.  The

Court approves and adopts the Report and Recommendation as the judgment of the

Court.  The Motion to Dismiss [Doc. 390] of Defendant Perdue is GRANTED.

    SO ORDERED, this 3 day of January, 2006.


            /s/Thomas W. Thrash
            THOMAS W. THRASH, JR.
            United States District Judge