## CLAYTON COUNTY GOVERNMENT
## REQUEST FOR PERSONNEL ACTION

DATE
EFFECTIVE DATE: 12-17-05
LOCATION: 0008
NAME: Antoine (last) Jon (first) E. (middle)
SS#: [redacted]
ADDRESS: [redacted]
MAILING ADDRESS: (leave blank if same as above)

ORGANIZATION: Sheriff (department name)   101 (fund)   2801 (org)   (project)   (source)

DATE OF EMPLOYMENT: 1-11-72   REHIRE DATE: 1-03-95 (PA)   DATE OF BIRTH: [redacted]-72   PHONE#: [redacted]

☐ Regular (1)   ☐ Appointed (A)
☐ Part-Time (2)   ☐ Elected (E)
☐ Temporary (3)   ☐ State Supplement (S)
☐ Fire - 108 (F)   ☐ Unclassified
☐ Seasonal (Z)   ☐ Grant

Check here for change of
☐ Name/Address/Zip Code
☐ Telephone/Location

Previous:
Previous:

☐ Appointment
☐ Rehire

POSITION TITLE _____ GRADE/STEP _____
ANNUAL & HOURLY PAY RATE _____ PREVIOUSLY EMPLOYED ☐ YES ☐ NO

☐ Rate Change  ☐ Norm Change     ORGANIZATION & NUMBER  from Sheriff/2801   to Same
☐ Transfer     ☐ Intra-Dept       POSITION TITLE         from Sheriff Investigator to Sheriff Captain
☐ Promotion    ☐ Demotion         GRADE & STEP           from 21-06   to 27-18
☐ Admin Appt/Assignment            NORM UNIT (FIRE)       from _____ to _____
☐ End Admin Appt/Assignment        ANNUAL & HOURLY PAY RATE from 47,391.25/22.7843 to 57,812.09/27.7943
☐ Progression  ☐ Certification    EXPLANATION
☐ TAD          ☐ End TAD          Releasing Dept. Signature (Transfers Only)
☐ PT/Temp to Full-Time             (FORWARD TO RECEIVING DEPARTMENT FOR APPROVAL BELOW)

☐ Resignation     POSITION TITLE _____
☐ Termination     ANNUAL & HOURLY PAY RATE _____ AL DUE _____
☐ Deceased        REASON _____
☐ Retirement      DID EMPLOYEE GIVE NOTICE? ☐ YES or ☐ NO   How much notice? _____
                  WOULD YOU REHIRE? ☐ YES or ☐ NO   If no, explain _____

RECEIVED JAN 25 2006 CLAYTON COUNTY PERSONNEL DEPARTMENT
PENSION VESTED ☐ YES ☐ NO

FOR PERSONNEL/PAYROLL USE ONLY:
EMPLOYEE#: 10452
INCUMBENT: Charlie Hall
IN LIEU OF: _____
CLASS CODE #: 50290
OVERTIME: N
FICA/MEDICARE: _____
PROBATION: ☐ YES OR ☐ NO   12-16-06

INSURANCE NOTIFIED: _____
REVIEW DATE: 1-3-06
PENSION DATE: _____
OTHER RETIREMENT: _____
EEOC FUNCTION: _____
EEOC CATEGORY: B
LEAVE BENEFITS: ☐ YES OR ☐ NO

X Sheriff Victor Hill (Department Head)
(Personnel Director)
(Finance Director)
(Chairperson or Designee)

SUBMIT IN TRIPLICATE TO PERSONNEL (white-personnel, yellow-payroll, pink-dept)
403-060-009                                            Revised March 2002