## CLAYTON COUNTY GOVERNMENT
### REQUEST FOR PERSONNEL ACTION

DATE
EFFECTIVE DATE  10-22-05
LOCATION  0008
NAME  HARRIS  Mark  J.  SS#
  (last)  (first)  (middle)
ADDRESS
  (#)  (street)  (city)  (state)  (zip code)  (county)
MAILING ADDRESS
  (leave blank if same as above)
ORGANIZATION  Sheriff  101  2801
  (department name)  (fund)  (org)  (project)  (source)
DATE OF EMPLOYMENT  1-6-05  REHIRE DATE ____ DATE OF BIRTH ___/62 PHONE# ___

☐ Regular (1)  ☐ Appointed (A)
☐ Part-Time (2)  ☐ Elected (E)
☐ Temporary (3)  ☐ State Supplement (S)
☐ Fire-108 (F)  ☐ Unclassified
☐ Seasonal (2)  ☐ Grant (9)

Check here for change of
☐ Name/Address/Zip Code  Previous _____
☐ Telephone/Location  Previous _____

☐ Appointment  POSITION TITLE _____ GRADE/STEP ___
☐ Rehire  ANNUAL & HOURLY PAY RATE _____ PREVIOUSLY EMPLOYED ☐ YES ☐ NO

☐ Rate Change  ☐ Norm Change  ORGANIZATION & NUMBER  from Sheriff/2801 to Same
☐ Transfer  ☐ Intra-Dept Transfer  POSITION TITLE  from C/O Deputy II to Captain
☐ Promotion  ☐ Demotion  GRADE & STEP  from 19-1 to 27-1
☐ Admin Appt/Assignment  NORM UNIT (FIRE)  from ___ to ___
☐ End Admin Appt/Assignment  ANNUAL & HOURLY PAY RATE  from 29,928.30/14.388 to 46,806.17/22.5030
☐ Progression  ☐ Certification  EXPLANATION  31,453.00/15.1216
☐ TAD  ☐ End TAD
☐ PT/Temp to Full-time  Releasing Dept Signature (Transfers Only) ___
  (FORWARD TO RECEIVING DEPARTMENT FOR APPROVAL BELOW)

**RECEIVED JAN 24 2006 CLAYTON COUNTY PERSONNEL DEPARTMENT**

☐ Resignation  POSITION TITLE _____ @ _____ PENSION VESTED ☐ YES ☐ NO
☐ Termination  ANNUAL & HOURLY PAY RATE _____ AL DUE _____ COMP DUE _____
☐ Deceased  REASON _____
☐ Retirement  DID EMPLOYEE GIVE NOTICE? ☐ YES or ☐ NO  How much notice? _____
  WOULD YOU REHIRE? ☐ YES or ☐ NO  If no, explain _____

FOR PERSONNEL/PAYROLL USE ONLY:
EMPLOYEE#  17508
INCUMBENT  Michael Collins
IN LIEU OF _____
CLASS CODE #  50290
OVERTIME  N
FICA/MEDICARE _____
PROBATION  ☑ YES OR ☐ NO
  10-21-06

INSURANCE NOTIFIED _____
REVIEW DATE  10-22-06
PENSION DATE _____
OTHER RETIREMENT _____
EEOC FUNCTION _____
EEOC CATEGORY  B
LEAVE BENEFITS  ☐ YES OR ☐ NO

Sheriff Victor Hill (Department Head)
_____ (Personnel Director)
_____ (Finance Director)
_____ (Chief of Staff/Science)

SUBMIT IN TRIPLICATE TO PERSONNEL (white-personnel  yellow-payroll  pink-dept)

403-060-008  Revised March 200_