# CLAYTON COUNTY SHERIFF'S OFFICE

**PERSONNEL ORDER NO. 2005-009**          **ISSUE DATE JANUARY 21, 2005**

**SIGNATURE:** *CHIEF [signature]*

**SUBJECT:**                  **Personnel Changes**

Effective 001 hours Saturday, January 22, 2005 the following changes will occur for Sheriff Office personnel:

1. Mark Harris Administration Operation Division is hereby appointed to Major and will be Division Commander of Administration Operation Division.

2. Antoine J. Executive Operation Division is hereby appointed to Capt. and will be Commander of Internal Affairs. Capt. Antoine will remain in Executive Operation Division.

3. Lindsey R. Executive Operation Division is hereby appointed to Lieut. and will remain in Executive Operation Division until further notice.

4. Sgt. Gardiner R. Field Operation Division (COBRA UNIT) is hereby appointed to Lieut. and will remained in Field Operation Division ( COBRA UNIT).

5. Sgt. Chitwood L. Jail Operation Division (Court Service.) is hereby appointed to Lieut. and will remain in Court Services.

5. Hanner Executive Operation Division (Internal Affairs) is hereby appointed to Lieut. and will remain in Executive Operation Division.

6. Deputy Craddock F. Administration Operation Division is hereby appointed to Sgt. and will remain in Administration Operation Division.

Page 1 of 1

PLAINTIFF'S EXHIBIT 40