# CLAYTON COUNTY GOVERNMENT
## REQUEST FOR PERSONNEL ACTION

DATE  
EFFECTIVE DATE: 10-22-05  
LOCATION: 0008  
NAME: Harris, Mark J.  

☐ Regular (1)   ☐ Appointed (A)  
☐ Part-Time (2)   ☐ Elected (E)  
☐ Temporary (3)   ☐ State Supplement (S)  
☐ Fire-108 (F)   ☐ Unclassified  
☐ Seasonal (2)   ☐ Grant (9)  

ADDRESS: [redacted]  
MAILING ADDRESS: (leave blank if same as above)  
ORGANIZATION: Sheriff  101  2801  
DATE OF EMPLOYMENT: 1-6-05   REHIRE DATE: ___   DATE OF BIRTH: [redacted]/62   PHONE#: [redacted]

Check here for change of:  
☐ Name/Address/Zip Code — Previous ___  
☐ Telephone/Location — Previous ___  

☐ Appointment  
☐ Rehire  
☐ Rate Change  ☐ Norm Change  
☐ Transfer  ☐ Intra-Dept Transfer  
☐ Promotion  ☐ Demotion  
☐ Admin Appt/Assignment  
☐ End Admin Appt/Assignment  
☐ Progression  ☐ Certification  
☐ TAD  ☐ End TAD  
☐ PT/Temp to Full-time  
☐ Resignation  
☐ Termination  
☐ Deceased  
☐ Retirement  

POSITION TITLE: ___  GRADE/STEP: ___  
ANNUAL & HOURLY PAY RATE: ___  PREVIOUSLY EMPLOYED ☐ YES ☐ NO  

ORGANIZATION & NUMBER: from Sheriff/2801 to Same  
POSITION TITLE: from C/O Deputy II to Captain  
GRADE & STEP: from 19-1 to 27-1  
NORM UNIT (FIRE): from ___ to ___  
ANNUAL & HOURLY PAY RATE: from 29,923.30/14.39 to 46,806.17/22.5030  
EXPLANATION: 31,453.00/15.1216  
Releasing Dept Signature (Transfers Only): ___  
(FORWARD TO RECEIVING DEPARTMENT FOR APPROVAL BELOW)

RECEIVED JAN 24 2006 CLAYTON COUNTY PERSONNEL DEPARTMENT

POSITION TITLE: ___  @  PENSION VESTED ☐ YES ☐ NO  
ANNUAL & HOURLY PAY RATE: ___  AL DUE ___  COMP DUE ___  
REASON: ___  
DID EMPLOYEE GIVE NOTICE? ☐ YES or ☐ NO   How much notice? ___  
WOULD YOU REHIRE? ☐ YES or ☐ NO   If no, explain ___

**FOR PERSONNEL/PAYROLL USE ONLY:**  
EMPLOYEE#: 17508  
INCUMBENT: Michael Collins  
IN LIEU OF: ___  
CLASS CODE #: 50290  
OVERTIME: N  
FICA/MEDICARE: ___  
PROBATION: ☑ YES OR ☐ NO  10-21-06  

INSURANCE NOTIFIED: ___  
REVIEW DATE: 10-22-06  
PENSION DATE: ___  
OTHER RETIREMENT: ___  
EEOC FUNCTION: ___  
EEOC CATEGORY: B  
LEAVE BENEFITS: ☐ YES OR ☐ NO  

Sheriff Victor Hill (Department Head)  
___ (Personnel Director)  
___ (Finance Director)  
___ (Comptroller of Finance)  

SUBMIT IN TRIPLICATE TO PERSONNEL (white-personnel  yellow-payroll  pink-dept)   Revised March 200_  
403-050-008