IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H. D. MASSENGALE, et al.,<br><br>   Plaintiffs,<br><br>     v.<br><br>VICTOR HILL, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:05-CV-189-TWT |

ORDER

This is an employment discrimination and civil rights action. It is before the Court on the Plaintiffs' Motion For Order Directing Hill To Show Cause As To Why He Should Not Be In Contempt [Doc. 283], Plaintiffs' Second Motion For Order Directing Hill To Show Cause As To Why He Should Not Be In Contempt [Doc. 330] and Plaintiffs' Third Motion For Order Directing Hill To Show Cause As To Why He Should Not Be In Contempt [Doc. 475]. On the day scheduled for a hearing on the Plaintiffs' Motion for a Preliminary Injunction, the parties agreed to the April 12, 2005 Consent Order. In consideration for the Order, the Plaintiffs withdrew without prejudice the Motion for a Preliminary Injunction and the Motion for Order Directing Hill To Show Cause As To Why He Should Not Be In Contempt. On June 15, the Plaintiffs filed a pleading entitled Renewal of (1) Plaintiffs' Motion For Preliminary

Injunction; and (2) Motion For Order Directing Hill To Show Cause As To Why He Should Not Be Held In Contempt [Doc. 283]. The April 12 2005 Consent Order remains in effect. This was a compromise of the parties' claims and defenses through that date. The Court will not allow the Plaintiffs to continue to seek enforcement of the April 12 Order while "renewing" claims for contempt that were withdrawn as consideration for the substantial relief afforded to them by the April 12 Order. The Plaintiffs' Motion For Order Directing Hill To Show Cause As To Why He Should Not Be Held In Contempt [Doc. 283] is DENIED. The Plaintiffs' Second Motion For Order Directing Hill To Show Cause As To Why He Should Not Be In Contempt [Doc. 330] and Plaintiffs' Third Motion For Order Directing Hill To Show Cause As To Why He Should Not Be In Contempt [Doc. 475] are GRANTED. The Defendant Hill is directed to appear before the undersigned on April 28, 2006, at 9:30 a.m. to show cause why he should not be held in contempt for violating the April 12, 2005 Order by: (1) firing Lt. Tina Daniel; (2) suspending Capt. Angelo Daniel; (3) reassigning Lt. K. T. Smith and Lt. L. D. Cash; and (4) promoting Defendants Antoine and Harris to Captain. Each side has a total of 3 hours for presentation of evidence and argument.

SO ORDERED, this 14 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge