# January 23, 2006 Command Staff Meeting

1. Field Division going to permanent shifts with rotating weekends
2. Chief wanted me to get him a list of all Nextels issued to the Sheriff's Office
3. Sheriff Hill announced that everyone that lived outside the county was going to lose their take home car. The exceptions were SWAT, Cobra, SIS, and Fugitives.
4. Sheriff Hill said that he likes hearing rumors. He said he had heard that Partain was gay and that he used to be a hit man. He said that when rumors interfere with our job that was the ones he had a problem with. He went on to say that whoever told the press about the gun in the courthouse was "going to be rolled up out of here".
5. He also said he was going to start calling bluffs this year. He said the Judges have threatened to call the GBI to do an investigation. He said, "Let them call them."
6. He then said he was calling the Judge's bluff also. He said any orders that they cut about the Sheriff's Office he would appeal and that he paid about as much attention to the Judges and the Commissioners as he does the dog in his neighbor's back yard.
7. Sheriff Hill said that he had heard that the commission was trying to create a marshal's service. He said "let them create one; I will put my SWAT team and my COBRA's on the steps of the Courthouse. He said, let's see them get past that."
8. He said that he heard that the Governor was going to remove him from Office. He said he saw the governor last week and they waved at each other.
9. He said that he heard that there was a recall in the works. He said these people couldn't remember when they got their last kiss, much less how to recall him.

# January 30, 2006 Command Staff Meeting

Present at the meeting
Sheriff Hill
Major Bartlett
Captain S. Smith
Lieutenant K.T. Smith
Lieutenant Sowell
Lieutenant Cash
Lieutenant Nelson
Sergeant Etheridge
Chaplain Reynolds
Jim Welch
Ivan Williams
Triffi Pacetti
Sheila Stenner

1. Lieutenant Smith explained about the GCIC TAC program and named all the Assistant TAC's from each division. Major Bartlett got into a heated discussion about GCIC validations and whether or not they had ever been done in the warrant office. The entire time the discussion was going on, Sheriff Hill was sitting back with a grin on his face. Finally, Sheriff Hill said we needed to have a sub committee to decide about validations. No committee was ever formed.
2. Captain Smith told the Sheriff we needed the round up to be a civil round up because the civil papers were up so high. Captain Smith also got clarification from the Sheriff that a reserve Deputy has no rank over a regular deputy.
3. Sheriff Hill then interjected that the reserves would have a helicopter available next summer.
4. The Sheriff them asked Major Bartlett if anything was found in the Courthouse that morning. He told Major Bartlett that two fake knives were planted in the Courthouse that morning and they had better be found by the afternoon.
5. Sheriff Hill than started talking about courthouse security and said if we had a active shooter he would rather us shoot him at the front door than somewhere in the courthouse. He told us that the courtroom was life and death. He said that during high profile cases a patrol car should be circling the parking lot and that we should have someone on the roof watching the parking lot.
6. He said that we should pretend that the courthouse was a fortress
7. He then said that we were in the business of giving ass whoopings, not taking them.

# February 6, 2006 Command Staff Meeting

Present at the meeting
Sheriff Hill
Chief Cassells
Captain Glaze
Captain S. Smith
Lieutenant K.T. Smith
Lieutenant Sowell
Lieutenant Cash
Lieutenant Nelson
Sergeant Etheridge
Chaplain Reynolds
Jim Welch
Ivan Williams
Triffi Pacetti
Sheila Stenner

I brought up the following items
We need a trickle charger for the transport buses
We need twenty sets of snow chains for patrol cars
We are out of walkie-talkies for the jail division
The new bulletproof vests should be approved on February 14, 2006 by the commission.
We had 51 people attend CPR
The Sheriff said he wanted me to check with the academy and see if they had any FATS courtroom scenarios and that we need a class on weapon retention.

Lieutenant Smith brought up the following items
Three-day suspension for Correctional Officer Hall for allowing an inmate to go to the loading dock unescorted.
Transfer of Correctional Officer Exum from A team to B team because of Church duties
Need a fit for duty report on Deputy Watson
Eight new Correctional Officers started today

Captain Smith brought up the following items
We have 12,000 warrants
Gave the date of the civil round up February 9, 2006
Explained that the civil papers were still high and that he thought some of the officers wouldn't do much on the round up. The Sheriff told him to light a fire under these people and get their stress level up.
Got approval for the people in transportation having to get a CDL to drive the buses

Lieutenant Cash
Welding of the bunks completed in H/U three

Sheriff Hill
Deputies need to know which doors of the building to cover in case of a bush bond.
Need a personnel chart
He needs to know the number of Officers that it will take to evacuate the jail.
Next SWAT training needs to be on storming the courthouse
He said that people are complaining that it is too hard to get into the courthouse and that he didn't care.
An armed Deputy must man the Public Entrance
We need constant searched in the courthouse to make sure nothing comes into the building
Take control of the courthouse. We have control of the jail, now we need to have that same control in the courthouse
The same rules apply to inmates in the courthouse as in the jail
Any outbursts from inmates will result in ten days lockdown

# February 13, 2006 Command Staff Meeting

Present at the meeting
Sheriff Hill
Chief Cassells
Major Harris
Captain Haralson
Captain S. Smith
Lieutenant K.T. Smith
Lieutenant Sowell
Lieutenant Cash
Lieutenant Nelson
Lieutenant Chitwood
Sergeant Etheridge
Chaplain Reynolds
Jim Welch
Ivan Williams
Triffi Pacetti
Sheila Stenner

Major Maddox
Presented a part time job request for Wanda Scott
Said that the card access for staff dining was complete
Sent a letter to the commission about the upgrades to the jail needed to help prevent suicides
Requested guidance on Officer Gomez. Sheriff Hill told him to assign him to central on 12-hour shifts
Several disciplinary issues
Captain Daniel out until February 22

Captain Smith
Civil Round up cleared 320 papers
SWAT radio numbers will be VIPER

Chaplain Reynolds
Tom Sanders doing bad
Captain Glaze stress test at Piedmont

Captain Haralson
New identix system to be delivered Thursday

Lieutenant Smith
Demo for IES system like FATS in March

Lieutenant Nelson
We will evacuate inmate files with the inmates if we evacuate

Sheriff Hill
Anyone doing work in the building can come in the employee entrance
Last Tuesday, Granddaddy Eldrin put the marshals service on the agenda then backed down
When the Sheriff is gone, the Chief is in charge
Sheriff is going on a stress-relieving Safari to Africa next week
He talked about "The wanna be silly dress code that Glaze came up with and passed out"
Don't put "Per Sheriff Hill" on any orders. Any orders that have it on them need to be fixed
SWAT practice will be a media event
The sheriff said we will win the battle with Eldrin the marshals cant come into the courthouse armed. They will check their guns at the door like everyone else. If they come in, ignore them and do not give up any posts to them.
He then said "Granddaddy is not that bright" and "it is the policy of this office to ignore Granddaddy"
The Sheriff said if the marshals interfere with our jobs to put them in Jail in general population
He also said if the marshals get in the building armed, escort them out of the building
We don't work for the judges and if they tell you to leave a courtroom do not do it.
The Sheriff said that if the Judges want to see someone that works for the Sheriff's Office they can make an appointment with him.

# February 20, 2006 Command Staff Meeting

Present at the meeting
Chief Cassells
Major Maddox
Major Harris
Captain Glaze
Captain S. Smith
Lieutenant K.T. Smith
Lieutenant Sowell
Lieutenant Cash
Lieutenant Nelson
Sergeant Etheridge
Chaplain Reynolds
Jim Welch
Ivan Williams
Triffi Pacetti
Sheila Stenner

Major Maddox
Letter to commissioner about improvements reference suicides
Fire on the smoking deck outside of Staff Dining. The Chief said to make it no smoking on our side
Clerk Hunt wants a transfer. She said she was told she would be only be working days by Sergeant Colquitt

Captain Smith
Fugitives put in for a school
Civil papers back up
GCIC workbooks still need to be done

Lieutenant Cash
No plates to leave Staff dining

Lieutenant Smith
Oral board for Deputy on Thursday

Sergeant Etheridge
Radio list order messed up, revision to come soon

Major Harris
Turned in weekly report had nothing else

Captain Glaze
Court Services went to the new channel today

Chief Cassells
Need a roster from each division each week

# February 28, 2006 Command Staff Meeting

Present at the meeting
Sheriff Hill
Chief Cassells
Major Harris
Major Bartlett
Major Maddox
Captain S. Smith
Lieutenant K.T. Smith
Lieutenant Sowell
Lieutenant Cash
Lieutenant Nelson
Lieutenant Chitwood
Sergeant Etheridge
Chaplain Reynolds
Jim Welch
Ricky from Aramark Food division
Sheila Stenner

Major Maddox:

1. Turned in his weekly report.
2. Said CERT is moving H/U 4 inmates to H/U 3.
3. Housing units 2 and 4 still need to be welded.
4. Call back list done for the jail. It gives time and distance each Officer lives away from the jail.

Captain Smith

1. Credit cards not being checked out correctly. Sheriff Hill told him to change the lock on the gold locker.
2. Turned in his weekly stats.
3. The number of civil papers is down.
4. Warrants are going straight to records to be entered now before they are being hit on.
5. Turned in logs and inspection forms.
6. April 7 and 8 roadblock with Morrow. Our vans will be transport for inmates.

Chaplain Reynolds

1. GED graduation coming up.
2. Wants the lock on her office changed.

Lieutenant Cash

1. Male inmate bought tampons off the store.
2. We need fire training.

Lieutenant Chitwood

1. People are coming into the court services office at night, using Jane's desk and stealing supplies.
2. Asked permission to write warnings to people in the courthouse for using the fire stairs. The Sheriff said he would think about it and let her know.
3. She needs a replacement for D/S Dawley early so he/she can be trained.
4. She complained about people showing up at the employee entrance for tours and her section not knowing about it before hand.

Lieutenant Smith

1. Driving Simulator scheduled for Friday 1000-1500 hours.
2. Turned in the order for the people that passed the oral review board for Deputy Sheriff trainee.
3. Nine new hires down to five, four quit.
4. Need out of county bond stamp in Sheriff Hill's name.

Major Harris

1. Turned in logs.

Sergeant Etheridge had nothing.

Lieutenant Nelson

1. We are to do victim notifications after hours.

Lieutenant Sowell

1. Training for March is weapon retention.

Major Bartlett

1. GCIC/TAC policies done by Captain Haralson.
2. Bill for $3000.00 for medical accreditation.
3. He got the budget Monday opened on his desk when he reported back to work from s/l. It is due this Friday. Major Bartlett said he was going to ask for an extension. The sheriff told him to resubmit last years budget.

Chief Cassells

1. Prepare for a general inspection.
2. Need a roster from each division every day.
3. Inmates can remove armbands to shower. The officers need to check the pictures and make sure they are ok.

Sheriff Hill

1. Everyone take out their pens and take accurate notes.
2. It is what it is. We are stuck with each other and that is life.
3. Take out your civil service books and learn them.
4. I have been misquoted on some things so I will go over them again to set the record straight.
5. We will not allow marshals service to take over courtrooms.
6. I don't stutter when I talk. I mean what I say and I say what I mean.
7. The Judges don't have anything to do with security in this building.
8. Use common sense. The solicitor was not allowed in the employee entrance because she had no I.D.
9. This administration will not settle frivolous law suits.
10. I am going to call the Judge's bluff.
11. I am going to call the recall bluff.
12. Within the next year we will be accredited and consolidated with the police department.
13. I don't mind reading declarations just get it right.
14. Do I need to slow down? He looked first at Major Maddox then at Major Bartlett after saying that.
15. Told Major Maddox- Make sure we have no preventable releases escapes. or deaths in my jail. Make sure nobody is rude to people.
16. Make sure nobody passes someone on the side of the road with a flat tire.
17. I care nothing about being on TV.
18. We can play the sick leave game but when you are here, make sure the courthouse is secure.
19. If you need me to slow down when I talk, let me know.
20. Major Maddox asked about personnel. Sheriff Hill told him he would get Sergeant Colquitt to step up on hiring and Maddox was to mention this in

|     | |
| --- | --- |
|     | his weekly letter to the commissioners. Sheriff Hill gave Major Maddox permission to speak at the next commissioners meeting. |
| 21. | We are stuck with the commissioners until the lord calls them home or they lose the election. |
| 22. | It is OK to cry on my shoulder, now let me cry on yours (Talking to Major Maddox). |
| 23. | I work 15 hours a day. |
| 24. | I get up at 3am and visit the jail. |
| 25. | My driver works the same hours and doesn't get overtime. |
| 26. | I want the courthouse secure and there will not be a Brian Nichols in my courthouse. |
| 27. | Sheriff Hill told Major Bartlett to call Darryl (Chief Partain) and check on plain-clothes checks. |
| 28. | Sheriff Hill said, "I don't give a damn what they do this year (commissioners) we will outlive them." |
| 29. | Sheriff Hill told Major Bartlett that he doesn't want to go over budget like the past administrations have. |

# March 6, 2006 Command Staff Meeting

Present at the meeting
Sheriff Hill
Chief Cassells
Major Harris
Major Maddox
Major Bartlett
Captain S. Smith
Lieutenant K.T. Smith
Lieutenant Sowell
Lieutenant Cash
Lieutenant Nelson
Lieutenant Chitwood
Sergeant Etheridge
Chaplain Reynolds
Jim Welch
Ivan Williams
Triffi Pacetti
Sheila Stenner

Major Maddox:

1. Turned in weekly report
2. Welding in H/U 2 started
3. Gate working in intake
4. Fire marshal toured last week we need closers on two doors and the enunciator panel is giving false readings we have grease on sprinkler heads in the kitchen and the fire marshal needs UL listings from Sergeant Carter on mattresses and pillows.
5. Officers Green and Collier swapping shifts

Captain Smith

1. Turned in weekly stats and log sheets
2. Fugitives had 180 man hours on trying to catch a murder suspect
3. 256 Civil papers outstanding
4. Southerland to tweak TASER policy.
5. Mailed warrants to remain in the active file.
6. We are going to stop keeping original City warrants.
7. Warrants going back to the AS-400 generated code 5's
8. Asked permission for reward money to be offered in arrests for most wanted. Sheriff approved $500.00

Chaplain Reynolds

1. Captain Sanders out of ICU, not much better
2. Sonna Singleton's mother passed away
3. GED graduating soon

Lieutenant Cash

1. Problems with Inmates cleaning holding cells

Lieutenant Smith had nothing

Sergeant Etheridge said he needs a list of all the office phones at the Sheriff's office

Major Harris

1. Triad tour on Friday
2. Supplies for STAR

Lieutenant Nelson

1. Forest Park gave her no court list for last week. Sheriff Hill said he would contact the Mayor to fix the problem

Major Bartlett

1. Needs to meet with the Chief to talk about line items
2. Turned in his weekly commanders report
3. Brought up the idea about 24-hour patrol in the courthouse.
4. Radio programming is complete for court services

Lieutenant Chitwood

1. Brought up writing warnings for people using the fire stairs again. The Sheriff said he didn't have time to think about it and he would get back to her.

Sheriff Hill

1. Once we go over this we will be fine and move forward
2. We are going to hold everyone accountable for his or her jobs.
3. We had a C/O miss a gun and I am accountable for that with the media.

4. You are accountable for your divisions.
5. Our responsibility is to make sure things are done correctly.
6. We need to prevent preventable things from happening. If the A-Team plants a bomb and blows up the jail, that is not preventable. If the A-Team drives thru the courthouse doors and shoots everyone that is not preventable.
7. If I plant a fake knife or bomb in the courthouse, Major Bartlett will be held accountable.
8. I want no suicides, releases in error escapes or rude people in the jail.
9. I want to prevent weapons and bombs in the courthouse. I want to maintain order in the courthouse. I want to prevent escapes in the courthouse.
10. I want the field division to serve papers and warrants in a timely manner. I want the warrant office to prevent and control crime.
11. No more crying, I want the mission to be accomplished
12. Behind closed doors we can hold hands and sing feelings.
13. Everybody is accountable; let me read you a policy some of you are not aware of.
14. The sheriff then read the policies on media releases, public criticism, and confidential information.
15. The Sheriff said anytime something is released to the media it better come from him or Sonna Singleton.
16. The Sheriff then said he would conduct an IA investigation on any media release, starting with the division commander of whichever division the media release had to do with.
17. The Sheriff said the circus is going to stop. He is going to have someone monitoring the news and the vent from the AJC.
18. The Sheriff said that the only person that has done his job with no complaints was Captain Smith and that the Field Division was being run better now than when Major Massengale was there.
19. The Sheriff then told a story about when he was a police officer in South Carolina. He said that when they needed to clear a corner, they would go in and run all the dealers off the corner and that sometimes someone had to be made an example of. He said you (talking to the people in the meeting) are not going to stand on the corner any longer you are going to leave. How you leave is up to you.
20. The Sheriff then said that there was three ways we could get off the corner. The first was to retire, the second was to stay and continue to violate policy. The third was to take the mission and accomplish it. He said hopefully we would take the third choice.
21. The Sheriff said he was tired of his orders being misinterpreted. He said the Major's were to write his orders down and bring them to him so he could review them and sign them.
22. The Sheriff then told us that only Command Staff would be at the meetings from now on.

23. The Sheriff told us to stop the crying and man-up or woman-up and asked if we needed to sing the song feelings.
24. The Sheriff then said after today we would have no problems. No Brian Nichols in our courthouse.
25. The Sheriff then asked Lieutenant Cash if she wanted to be the public information Officer. She responded, no.

The meeting was adjourned.


Lieutenant Robert H Sowell #5668