# CLAYTON COUNTY SHERIFF'S OFFICE

## EMPLOYEE COUNSELING RECORD

**EMPLOYEE NAME: Lt. Watkins Garland**                    **DATE:** 10 March 2006

**DIVISION: Admin Division**

INSTRUCTIONS: USE OF THIS FORM IS TO CONSTRUCTIVELY COUNSEL AN EMPLOYEE. MAKE ALL STATEMENTS PERTINENT AND RELEVANT TO THE ISSUE AND INCLUDE ANY RECOMMENDATIONS WHICH MIGHT SOLVE THE MATTER AT HAND.

Lt. Watkins on 7 March 2006, you were present and spoke at the Clayton County Board of Commissioners Meeting. After reading your statement I determined that you have violated Sheriff's Office Rules and Regulations 07.48 which states: Public criticism of departmental operations or personnel can undermine the public confidence in law enforcement and adversely affect morale and good order. Accordingly, employees are required to express either orally or in writing any work related criticism to their immediate Supervisor, through the "chain of command." Constructive criticism is encouraged, and employees will not be disciplined for responsibly expressing their criticism to their superiors. Lt. Watkins this incident shows a lack of leadership and self discipline, this will not be tolerated. I suggest you make the necessary adjustments in your leadership capabilities. Any further incidents of this natures will resort in stronger disciplinary action.

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THE ABOVE COUNSELING AND UNDERSTAND THE DISCUSSION WITH MY SUPERIOR.

EMPLOYEE SIGNATURE _H. L. Watkins #6276_ DATE _3-15-2006_

COUNSELING SUPERVISOR _CHIEF ___ ___ ___ DATE _3/15/06_