# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
945 EAST PACES FERRY ROAD, SUITE 2700
ATLANTA, GEORGIA 30326-1380
404.923.9000
FAX: 404.923.9099
EBGLAW.COM

JOHN C. STIVARIUS, JR.
404.923.9028
JSTIVARIUS@EBGLAW.COM

March 24, 2006

<u>VIA FACSIMILE TO (404) 969-4141
AND BY U.S. FIRST CLASS MAIL</u>

Harlan S. Miller, Esq.
MILLER, BILLIPS & ATES, P.C.
730 Peachtree Street, Suite 750
Atlanta, Georgia 30308

RE:   <u>H.D. Massengale, et al v. Victor Hill, et al.</u>
United States District Court, N.D.Ga., Atlanta Div.
Civil Action File No: 1:05-CV-0189-CAM

Dear Mr. Miller:

I am in receipt of several letters recently, most notably those dated March 9 and 10, 2006, when I was out of town, directed to my client, Sheriff Victor Hill. These items were sent directly to him. I had previously written to you on March 4, 2005 and advised you of my representation at that time and specifically directed you not to address any issues related to this litigation to him directly as he was represented by counsel. You have continued to ignore this request. Disciplinary Rule 4.2 of the Georgia Rules of Professional Conduct expressly prohibit your conduct in contacting my client directly. I have asked nicely before, but my requests have gone unheeded. Thus, I am turning this over to the State Disciplinary Board for their review. They can determine if this is an inappropriate contact with my client.

Regards,

John C. Stivarius, Jr.

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

AT:363231v1



# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
945 EAST PACES FERRY ROAD, SUITE 2700
ATLANTA, GEORGIA 30326-1380
TEL: 404.923.9000
FAX: 404.923.9099

DIRECT: 404.869.5326

## FACSIMILE COVER SHEET

### PRIVILEGED AND CONFIDENTIAL

| To: | Fax Number: | Telephone Number: |
|---|---|---|
| Harlan S. Miller | (404) 969-4141 | (404) 969-4101 |

| From: | John C. Stivarius, Jr. | Atty. No. | 06633 | Pages (including cover): | 2 |
|---|---|---|---|---|---|
| Date: | March 24, 2006 | Client No.: | 51811.002 | | |

Comments:

Re: H.D. Massengale, et al. v. Victor Hill
U.S. District Court, N.D. GA, Atlanta Division
Civil Action Number: 1:05-CV-0189-TWT

### NOTICE OF PRIVILEGE AND CONFIDENTIALITY

THIS TELECOPY IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

*IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS IN RECEIVING THIS TELECOPY, PLEASE CALL THE SENDER IMMEDIATELY.*

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC
EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

AT:175412v2