

**CLAYTON COUNTY SHERIFF'S OFFICE**
**SHERIFF VICTOR HILL**
9157 Tara Boulevard, Jonesboro, Georgia 30236
Telephone No. (770) 471-1122 ✦ Internet: www.claytonsheriff.com

DATE: September 28, 2005

TO: Lt. Garland Watkins

FROM: Chief Cassells

RE: Letter of Reprimand

On September 6, 2005, you were ordered to turn cases over to Captain Antoine that you had worked on per the Sheriff's earlier order. Captain Antoine returned these cases to you stating that a table of contents, cover sheet and page numbers. Lt. Hanner had previously showed you how to put the case file together in the manner that was ordered by Sheriff Hill. He also left you a model to use in case of any misunderstanding. Your actions in not completing this paperwork correctly is a violation of the Departmental Rules and Regulations as follows:

    Section 07.40 Performance of Duty (1): Employees shall devote their time and attention to the service of the county and the Sheriff's Office and shall direct and coordinate their efforts in a manner which will establish and maintain the highest standard of efficiency.

    Section 07.42 Neglect of Duty: Any personnel failing to perform a duty required by law, Sheriff's Office rule or regulation or which they are reasonably expected to perform by virtue of their office or position with the Sheriff's Office, may be subject to disciplinary action.

    You are hearby receiving a Letter of Reprimand for this action. Any further misconduct of this nature will result in a more stringent form of discipline.

cc: Sheriff Hill
     Personnel File

*[Handwritten annotation:]* -All- Needs page numbers Table of Contents Cover sheet

Chief Deputy, Tel. 678-479-5350, Fax 678-479-5358   Civil, Tel. 770-47[?]   79-5371
Warrants, Transports, Investigations, Tel. 770-477-4479, Fax 770-477-4464   79-5399
Records, Accounting, Training, Recruitment, Tel. 678-479-5322, Fax 770-477-45[?]   77-3903



## CLAYTON COUNTY SHERIFF'S OFFICE
### SHERIFF VICTOR HILL
9157 Tara Boulevard, Jonesboro, Georgia 30236
Telephone No. (770) 471-1122 ♦ Internet: www.claytonsheriff.com

**DATE:** September 30, 2005

**TO:** Lt. Garland Watkins

**FROM:** Chief Cassells

**SUBJECT:** Letter of Reprimand

*Notes: No verbal Counseling
No written Counseling
Progressive Discipline?
Rec'ed 10-3-2005*

On September 29, 2005, during a meeting I had with you concerning I. A. cases that were incomplete. I asked you what time you came in to work? Your reply was, "About 0930 hours". I asked you what time did the Sheriff designate for you to report to work? You replied, "0800 hours". I asked what was your excuse for being an hour and a half late for work, and you stated you had some problems at home, and I believe you said problems with your sprinkler system. I asked who did you contact and advise you would be late coming to work? You remain quiet for a moment and look around before you stated you had talked to Mrs. Turnipseed and told her you would be late for work. I told you Mrs. Turnipseed is a clerk and not your direct supervisor. As a Lieutenant you knew or should have known to contact myself or the Sheriff as you have done in the past. Lieutenant Watkins your actions by not contacting myself or the Sheriff is a direct violation of Sheriff's Office Rules and Regulations as follows:

**Section 07.42 Neglect of Duty:** Any personnel failing to perform a duty required by law, Sheriff's office rule or regulation or which they are reasonably expected to perform by virtue of their office or position with the Sheriff's Office, may be subject to disciplinary action.

**Section 07.43 Punctuality:** Personnel shall be punctual in reporting for duty at the time and place designated. Failure to report promptly at the specified time shall be deemed negligence of duty. No personnel of the Sheriff's Office shall be allowed to absent himself/herself from duty without first gaining permission from his/her Supervisor.

You are hereby receiving a Letter of Reprimand for this action. Any further misconduct of this nature will result in a more stringent form of discipline.

cc: Sheriff Hill
    Personnel File

---

Chief Deputy, Tel. 678-479-5350, Fax 678-479-5358     Civil, Tel. 770-473-5828     Legal Advisor, Tel. 678-479-5356, Fax 678-479-5371
Warrants, Transports, Investigations, Tel. 770-477-4479, Fax 770-477-4464                Jail Information, Tel. 770-477-4413, Fax 678-479-5399