IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.D. MASSENGALE; et. al., | : |
| | : CIVIL ACTION FILE |
| Plaintiffs, | : NO. 1:05-CV-0189-TWT |
| | : |
| | : **JURY TRIAL DEMANDED** |
| vs. | : |
| | : |
| VICTOR HILL, et al, | : |
| | : |
| Defendants. | : |

# FOURTH UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF LIEUTENANT GARLAND WATKINS PURSUANT TO 28 U.S.C §1746

1

My name is Garland Watkins. I am one of the plaintiffs in the above referenced civil action.

2

I offer this Declaration in support of (1) Plaintiffs' Second Motion For Temporary Restraining Order and Preliminary Injunction; (2) Plaintiffs' Fourth Motion For Order Requiring Defendant Hill To Show Cause Why He Should Not Be Held In Contempt Of Court; and (3) Plaintiffs' Motion For Appointment Of Monitor or Ombudsman. This Declaration is submitted contemporaneously with Declarations

executed by other Plaintiffs, including (but not limited to) Major Larry Bartlett; Major Michael Maddox; Captain William T. Glaze; Captain Angelo Daniel; Lieutenant Tina Daniel; Lieutenant David Ward; Lieutenant Deeann Cash; Lt. Perry Joiner; and Chaplain Stanley Owen.

3

I am employed as a Lieutenant within the Clayton County Sheriff's Office ("CCSO"). I have been employed in the CCSO continually since 1986. Prior to Victor Hill becoming Sheriff, as a Lieutenant, I was the Commander of the Department's "Special Investigation Unit", which is another way of saying "Internal Affairs" Department.

4

The information addressed herein is based on my personal knowledge of the facts and occurrences described herein, and/or is based on reports made to me by other CCSO employees in my role as a Lieutenant in the Department.

5.

I have carefully reviewed the Declaration of Larry A. Bartlett submitted contemporaneously with this Declaration, and I hereby state my unequivocal agreement as to all statements contained therein, including the information contained therein attributed to me, and verify the truthfulness thereof.

6.

Sheriff Hill's endless harassment, intimidation and abuse of the Plaintiffs, in his unrelenting quest to punish his perceived enemies and to reward his friends, and to thereby have "his own administration", has catapulted the Sheriff's Office into a state of emergency.

7.

Since Sheriff Hill was ordered to reinstate the Plaintiffs, three (3) Plaintiffs have involuntarily "retired" (Captain Collins, D/S Lumpkin; and D/S Fallins); two (2) have quit (Carlos Glenn, Victoria Eckler); many have taken extended sick leave (Massengale; Bartlett; Maddox; Glaze; Ward; A. Daniel; Barnes, among others). In short, these employees have done what they could, either on a permanent or temporary basis, to escape Sheriff Hill's abuse and oppression.

8.

Two other Plaintiffs (T. Daniel/C.Richards) have been fired a second time; others have been suspended (A. Daniel; D. Cash, and G. Watkins–albeit not carried out). Nearly every Plaintiff over the rank of Sergeant has been the victim of a barrage of "reprimands", "counselings" and hostile interrogations, accusations and threats.

9.

The hostile work environment in the Sheriff's injures not only the Plaintiffs, but

has harmed other employees as well, employees such as Captain Charlie Hall (30 year veteran who retired in December to escape intolerable conditions); Lt. Duell Lee (long term veteran who retired in 2005 to escape intolerable conditions); Karen Brown (same). The hostile work environment, comprised of nearly ritual retaliation and abuse of perceived enemies, is not a figment of the Plaintiffs' imagination.

10.

In light of Sheriff Hill's unending punitive actions, his disparaging comments about the Judges and the Board of Commissioners, his threats to forcefully repel the introduction of a Marshal's service, and his reassignment of key jail personnel to other jobs, Sheriff's Office employees, including me, not only fear for their job on a daily basis, but also fear for their personal safety.

11

Sheriff Hill's conduct in retaliating against the Plaintiffs is so brazen and open that it is apparent that he believes he is beyond the control of the Courts, and that there is no judicial means by which to bring his unlawful conduct to an end.

12.

Absent immediate and effective judicial intervention, it is likely that one or more of the remaining Plaintiffs will choose to simply abandon their employment rather than continue to suffer retaliation at the hands of Sheriff Hill.

I declare under penalty of perjury that the foregoing is true and correct.

This 28 day of March, 2006.

Garland Watkins, Lieutenant
Clayton County Sheriff's Office