IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H. D. MASSENGALE, et al.,

   Plaintiffs,

   v.

VICTOR HILL, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:05-CV-189-TWT

ORDER

This is an employment discrimination and civil rights action.  It is before the Court on the Plaintiffs' Fourth Motion for Order Directing Defendant Hill to Show Cause Why He Should not be Held in Contempt [Doc. 540] which is GRANTED.  The matters contained in the motion may be addressed at the show cause hearing scheduled for May 31, 2006 at 9:30 A.M.  The Defendant is ordered to show cause at that time why he should not be held in contempt.

SO ORDERED, this 25 day of May, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Massengale\showcause2.wpd