

**CIVIL MINUTE SHEET**

(X) IN OPEN COURT  () IN CHAMBERS   DATE:  5/31/06   TIME: 9:35 a.m.

Honorable  Thomas W. Thrash                 Darla Coulter, Court Reporter
                                            Sheila Sewell, Deputy Clerk


    H. D. Massengale, et al        Harlan Stuart Miller, III,  Matthew Billips
            **Plaintiffs**


                      1:05cv0189-TWT


    Victor Hill                    John C. Stivarius, Jr., Teresa Stivarius, Glianny
                                            Fagundo-Toro


    William T. Cassells, et al,     Benton J. Mathis, Jr., William H. Buechner,
                                            Jr.

    Clayton County Sheriff's Office


    Clayton County Georgia          Jack Reynolds Hancock
    terminated, but still participating
         **Defendants**


HEARING/PRE-TRIAL/TRIAL/EVIDENCE: Hearing to determine if Sheriff Hill had violated
the terms of the April 12, 2005 Consent Order.  No opening statements by counsel.  Plaintiffs
called the following witnesses:  Chief William Cassells for cross examination, Sheriff Victor
Hill for cross examination, Tina Daniel.  Defendants called the following Chief William
Cassells for direct examination, Sheriff Victor Hill for direct examination.  Plaintiff called the
following in rebuttal:  David Ward, Garland Watkins.  Defendants called John Anatoine.

EXHIBITS ADMITTED.  Argument by counsel.  The Court ruled that Sheriff Hill had violated in part the terms of the Consent Order and personally fine the Sheriff $1,000 for each violation as detailed by the Court.  The Court then suspended the payment of the fine for 18 months and if no further willful violation are committed by the Sheriff the Court will permanently suspend payment of the fine.  The Court will defer on plaintiffs request for attorney fee.  Mr. Miller to prepare and present order setting forth the Court's findings for signature.

Court adjourned at 5:25 p.m.
(x) until further order


EXHIBITS            () returned to counsel for () plaintiff(s)  () defendant(s), (**X**) to Clerk's Office
                    Custodian, () retained by the Court, () retained by Court Reporter

                                                **TIME SPENT IN COURT: 6  HR.  30 MIN.**