IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H. D. Massengale, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-00189-TWT-JFK |
| ) | |
| Victor Hill, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANT CLAYTON COUNTY SHERIFF'S OFFICE'S PETITION TO MOVE OFFICE LOCATION

COMES NOW, Defendant Clayton County Sheriff's Office ("CCSO"), by and through its counsel of record, in accordance with the Court's Order dated April 12, 2005 [75], and a CCSO general reorganization plan, petitions the Court for an Order permitting the following office moves:

1. <u>Lt. Garland Watkins, Commander of the Special Investigations Section</u> – Move office from Executive Suite to area housing all Internal Affairs offices, including that of IA Commander Jon Antoine in accordance with Hill Decl., ¶¶ 3 – 6, attached as Exhibit A.

AT:420744v1

2. <u>Stephanie Glenn, Finance Administrator</u> – Move office from Executive Suite to area housing majority of financing and accounting personnel in accordance with Hill Decl., ¶¶ 3,7.

Respectfully submitted this Monday, June 05, 2006.

        s/ Glianny Fagundo-Toro
        John C. Stivarius, Jr., Ga. Bar # 682599
        Glianny Fagundo-Toro, Ga. Bar # 254055

        EPSTEIN BECKER & GREEN, P.C.
        945 East Paces Ferry Road
        Suite 2700
        Atlanta, Georgia 30327
        (404)923-9000
        (404) 923-9099 (fax)
        jstivarius@ebglaw.com
        gfagundo@ebglaw.com

        *Attorneys for Clayton County Sheriff's Office*

UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF GEORGIA  
ATLANTA DIVISION

| | |
|---|---|
| H.D. MASSENGALE, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action |
| ) | File No.: 1:05-CV-0189-TWT-JFK |
| VICTOR HILL, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

I certify that on this date, Monday, June 05, 2006, I filed the foregoing **DEFENDANT CLAYTON COUNTY SHERIFF'S OFFICE'S PETITION TO MOVE OFFICE LOCATION** with the Clerk of the Court, using the CM/ECF system which will automatically send electronic mail notification of such filing to the following attorneys of record:

Harlan S. Miller, III, Esq.  
Miller, Billips & Ates, P.C.  
730 Peachtree Street, Suite 750  
Atlanta, Georgia  30308  
Email: hmiller@mbalawfirm.com  
Phone: (404) 969-4101  
Fax:    (404) 969-4141  

Benton J. Mathis, Jr.  
William H. Buechner, Jr.  
Freeman Mathis & Gary, LLP  
100 Galleria Parkway, Suite 1600  
Atlanta, Georgia  30339-5948  
Email: bmathis@fmglaw.com  
Email: bbuechner@fmglaw.com  
Phone: (770) 818-1400  
Fax:    (770) 937-9960  

s/ Glianny Fagundo-Toro