IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H. D. Massengale, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-00189-TWT-JFK |
| | ) | |
| Victor Hill, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANT CLAYTON COUNTY SHERIFF'S OFFICE'S PETITION FOR AUTHORITY TO TRANSFER DEPUTY FROM UNIT

COMES NOW, Defendant Clayton County Sheriff's Office ("CCSO"), by and through its counsel of record, in accordance with the Court's Order dated April 12, 2005 [75], and herein petitions the Court for an Order permitting the following unit transfer:

1.      Deputy Sheriff Minh Doan – Transfer from Warrants Division to SORT Unit (Sexual Offenders Registry Tracking Unit) in accordance with Hill Decl., ¶8, attached to Defendant Clayton County Sheriff's Office Petition for Authority to Move Offices as Ex. A [591].

Respectfully submitted this Monday, June 05, 2006.

s/ Glianny Fagundo-Toro
John C. Stivarius, Jr., Ga. Bar # 682599
Glianny Fagundo-Toro, Ga. Bar # 254055

EPSTEIN BECKER & GREEN, P.C.
945 East Paces Ferry Road
Suite 2700
Atlanta, Georgia 30327
(404)923-9000
(404) 923-9099 (fax)
jstivarius@ebglaw.com
gfagundo@ebglaw.com

*Attorneys for Clayton County Sheriff's Office*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.D. MASSENGALE, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action |
| | ) | File No.: 1:05-CV-0189-TWT-JFK |
| VICTOR HILL, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I certify that on this date, Monday, June 05, 2006, I filed the foregoing

**DEFENDANT CLAYTON COUNTY SHERIFF'S OFFICE'S PETITION**

**FOR AUTHORITY TO TRANSFER DEPUTY FROM UNIT** with the Clerk of

the Court, using the CM/ECF system which will automatically send electronic mail

notification of such filing to the following attorneys of record:

| | |
|---|---|
| Harlan S. Miller, III, Esq. | Benton J. Mathis, Jr. |
| Miller, Billips & Ates, P.C. | William H. Buechner, Jr. |
| 730 Peachtree Street, Suite 750 | Freeman Mathis & Gary, LLP |
| Atlanta, Georgia  30308 | 100 Galleria Parkway, Suite 1600 |
| Email: hmiller@mbalawfirm.com | Atlanta, Georgia  30339-5948 |
| Phone: (404) 969-4101 | Email: bmathis@fmglaw.com |
| Fax:    (404) 969-4141 | Email: bbuechner@fmglaw.com |
| | Phone: (770) 818-1400 |
| | Fax:    (770) 937-9960 |

s/ Glianny Fagundo-Toro