IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H. D. MASSENGALE, et al., | |
|     Plaintiffs, | |
|     v. | CIVIL ACTION FILE<br>NO. 1:05-CV-189-TWT |
| VICTOR HILL, et al., | |
|     Defendants. | |

## ORDER

    This is an employment discrimination and civil rights action. This matter came on for hearing on May 31, 2006, on the Plaintiffs' Second, Third and Fourth motions for orders requiring Defendant Hill to show cause why he should not be held in Contempt of this Court's Order of April 12, 2005. Based on the evidence presented during the hearing, and after hearing from Counsel, the Court concludes that the Plaintiffs have proven by clear and convincing evidence that Defendant Hill willfully violated the April 12, 2005 Order and is therefore in Contempt of Court. For the reasons stated on the record at the conclusion of the hearing, the Plaintiffs have proved by clear and convincing evidence that Sheriff Hill willfully violated the April 12, 2005 Order in the following particulars: promoting Defendant Harris without first seeking and securing approval of the Court; promoting Defendant Antoine without

first seeking and securing approval of the Court; materially changing the positions and duties and effectively demoting Plaintiff Ward without first seeking and securing approval of the Court; materially changing the positions and duties and effectively demoting Plaintiff Daniel without first seeking and securing approval of the Court. As to the other incidents alleged by the Plaintiffs to constitute violations of the April 12, 2005 Order, the Court finds that the Plaintiffs have failed to prove by clear and convincing evidence that such actions were taken in willful violation of the April 12, 2005 Order.  In order to secure Sheriff Hill's future compliance with the April 12, 2005 Order, the Court hereby fines Sheriff Hill the sum of $4,000, the fine to be suspended pending Sheriff Hill's scrupulous, full and complete compliance with the terms of April 12, 2005 Order during the remainder of this litigation.

SO ORDERED, this 13 day of July, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge