## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| H. D. MASSENGALE; WILLIAM T. GLAZE; LARRY A. BARTLETT; ROBERT L. MANN; MICHAEL R. COLLINS; THOMAS D. WARD; GREG HARALSON; STEPHANIE L. GLENN; BELINDA A. LUMPKIN; MICHAEL G. MADDOX; BRIAN C. CRISP; KIM T. SMITH; LEIGH D. CASH; GARLAND L. WATKINS; SAMUEL W. SMITH; CHARLOTTE I. NELSON; ANGELO DANIEL; MARC A. JORDAN; JIMMY A. FALLINS; PERRY JOINER; LEONTYNE DANIEL; PAUL E. BARNES; WILLIAM J. WATSON; CONCHETA S. RICHARDS; CARLOS GLENN; VICTORIA ECKLER; JONATHAN MANNING; JEFFREY MITCHELL; KELLY CLAIR; MARGARET HILL; KIMBERLY MITCHELL; MARGARET HILL; SHERRIE MARTIN; HOLLY WATKINS; and STAN OWEN, :<br><br>    Plaintiffs,<br><br>v.<br><br>VICTOR HILL, Individually and in his official capacity as Sheriff of | CIVIL ACTION FILE<br>NO. 1:05-cv-0189-TWT |

| | |
|---|---|
| Clayton County, Georgia; WILLIAM T. CASSELLS, Individually and in his official capacity as Chief Deputy of the Clayton County Sheriff's Office; REGINALD LAMONT LINDSEY, Individually and in his official capacity as employee/agent of the Clayton County Sheriff's Office; MARK J. HARRIS, Individually and in his official capacity as employee/agent of the Clayton County Sheriff's Office; TIMOTHY HANNER, Individually and in his official capacity as employee/agent of the Clayton County Sheriff's Office; SHON HILL, Individually and in his official capacity as employee/agent of the Clayton County Sheriff's Office; JON ANTOINE, Individually and in his official capacity as employee; agent of the Clayton County Sheriff's Office; the CLAYTON COUNTY SHERIFF'S OFFICE; JOHN DOES 1-5; JOHN DOES 6-10; CLAYTON COUNTY, GA.; and SONNY PURDUE, in his Official Capacity As Governor Of The State of Georgia,<br><br>        Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

Case 1:05-cv-00189-TWT   Document 676   Filed 12/29/06   Page 3 of 7

- 3 -

# THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION FOR LEAVE TO JOIN AS INTERPLEADER PLAINTIFF

Pursuant to Rule 20 of the Federal Rules of Civil Procedure, The Insurance Company of the State of Pennsylvania ("ICSOP") hereby moves this Court to grant ICSOP leave to join this action for the sole purpose of filing a Complaint in Interpleader pursuant to Rule 22 of the Federal Rules of Civil Procedure.

In support of this Motion, ICSOP states that it is a stakeholder with a right to interpleader relief under Rule 22, and that its interest is in respect of and arises out of the same series of transactions or occurrences as the existing claims. In further support of this Motion, ICSOP submits its Memorandum of Law in Support of ICSOP's Motion for Leave to Join as Interpleader Plaintiff ("Memorandum"), filed simultaneously herewith.

WHEREFORE ICSOP prays for the following relief:

1. That ICSOP be joined for the sole purpose of filing its Complaint for Interpleader;

2. That ICSOP may file its Complaint for Interpleader, attached as Exhibit E to the Memorandum;

LEGAL02/30193852v1

- 4 -

3. That ICSOP may file its Motion for Expedited Order Allowing Deposit of Funds into the Registry of the Court, attached as Exhibit F to the Memorandum;

4. That ICSOP may file its Motion for Dismissal With Prejudice and Attorneys' Fees, attached as Exhibit G to the Memorandum.

Respectfully submitted this 29th day of December, 2006.

                                                ALSTON & BIRD LLP

                                                **\s\ *Christina Hull Eikhoff***
Gerald L. Mize, Jr.
Georgia Bar No. 514316
Christina Hull Eikhoff
Georgia Bar No. 242539
1201 West Peachtree Street
Atlanta, GA  30309-3424
Phone:  404-881-7000
Fax:  404-881-7777

*Attorneys for*
*Insurance Company of the State of*
*Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| H. D. MASSENGALE, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO. 1:05-cv-0189-TWT |
| VICTOR HILL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December, I electronically filed a copy of **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION FOR LEAVE TO JOIN AS INTERPLEADER PLAINTIFF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Harlan Stuart Miller, III
> Matthew C. Billips
> Miller Billips & Ates
> 730 Peachtree Street – Suite 750
> Atlanta, GA 30308
> Phone: 404-969-4101
> Fax: 404-969-4141
> Email: hmiller@mbalawfirm.com
> Email: mbillips@mbalawfirm.com
> *Attorneys for Plaintiffs*
> Brenton Sewell Bean
> Glianny Fagundo-Toro

John C. Stivarius, Jr.
Brett T. Lane
Teresa Butler Stivarius
Whitney M. Ferrer
Epstein Becker & Green – ATL
945 East Paces Ferry Road
Resurgens Plaza – Suite 2700
Atlanta, GA 30326-1380
Phone:  404-923-9000
Fax:  404-923-9099
Email:  bbean@ebglaw.com
Email:  gfagundo@ebglaw.com
Email:  jstivarius@ebglaw.com
Email:  blane@ebglaw.com
Email:  tbstivarius@ebglaw.com
Email:  wferrer@ebglaw.com

Evan L. Kaine
Kaine & Jones
3355 Lenox Road, Suite 850
Atlanta, GA 30326
Phone:  770-210-3000
Fax:  770-210-6300
Email:  ekaine@elawpractice.com
*Attorneys for Defendant Victor Hill*

Benton J. Mathis, Jr.
Amy Marie Combs
William H. Buechner, Jr.
Freeman Mathis & Gary
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Phone:  770-818-0000
Email:  bmathis@fmglaw.com
Email:  acombs@fmglaw.com
Email:  bbuechner@fmglaw.com
*Attorneys for Defendants William T. Cassells, Reginald Lamont Lindsey, Mark J. Harris, Timothy Hanner, Shon Hill, Jon Antoine*

- 7 -

Jack Reynolds Hancock
Hancock, Dempsey & Everett, LLP
519 Forest Parkway, Suite 100
Forest Park, GA 30297
Phone:  404-366-1000
Fax:  404-361-3223
Email:  jrhancock@hancocklawfirm.com
*Attorney for Defendant Clayton County, Georgia*

Respectfully submitted this 29th day of December, 2006.

                    ALSTON & BIRD LLP

                    **\s\ *Christina Hull Eikhoff***
                    Gerald L. Mize, Jr.
                    Georgia Bar No. 514316
                    Christina Hull Eikhoff
                    Georgia Bar No. 242539
                    1201 West Peachtree Street
                    Atlanta, GA  30309-3424
                    Phone:  404-881-7000
                    Fax:  404-881-7777

                    *Attorneys for*
                    *Insurance Company of the State of*
                    *Pennsylvania*