IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.D. MASSENGALE; et. al., | : | |
| | : | CIVIL ACTION FILE |
| Plaintiffs, | : | NO. 1:05-CV-0189-TWT |
| | : | |
| vs. | : | |
| | : | |
| VICTOR HILL, et al, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, this action is hereby dismissed with prejudice as to all defendants. This Order of Dismissal incorporates by this reference the Stipulations contained in Attachment "A" hereto. The Court retains jurisdiction of this action to ensure compliance with said Stipulations and the Settlement Agreements entered into by the Plaintiffs and Clayton County.

SO ORDERED this 30th day of July, 2007.

Thomas W. Thrash
United States District Court Judge

**CONSENTED TO BY:**

/s/ Harlan S. Miller
HARLAN S. MILLER, III
GA. Bar No.: 506709
Attorney for Plaintiffs
MILLER, BILLIPS & ATES, P.C.
730 Peachtree Street
Suite 750
Atlanta. Georgia 30308
(404) 969-4101
(404) 969-4141 (fax)
Attorney For Plaintiffs

/s/ John C. Stivarius, Jr.
JOHN C. STIVARIUS, JR.
GA. Bar No.: 682599
Attorney for Victor Hill
EPSTEIN BECKER & GREEN, P.C.
945 East Paces Ferry Road
Suite 2700
Atlanta, Georgia 30327
(404)923-9000
(404) 923-9099 (fax)
Attorney For Victor Hill and Clayton County Sheriff's Office

/s/ Benton J. Mathis, Jr.
BENTON J. MATHIS, JR.
GA. Bar No.: 477019
Attorney for Individual Defendants
FREEMAN, MATHIS
& GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta. Georgia 30339
(770) 818-1400
(770) 937-9960 (fax)
Attorney for Defendants Cassells; Harris; Antoine; S. Hill and Lindsay

/s/ Jack R. Hancock
JACK R. HANCOCK
GA. Bar No.: 322450
Attorney for Clayton County
HANCOCK, DEMPSEY & EVERETT,
519 Forest Parkway, Suite 100
Forest Park, Georgia  32097
(404) 366-1000
(404) 361-3223 (fax)
Attorney for Clayton County